IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01515-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MONIL SHAH,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2014.**

    This matter comes before the Court *sua sponte*. Due to a conflict in the Court's calendar, the scheduling conference currently set for December 3, 2014 is **vacated and rescheduled** to **December 10, 2014, at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. All other aspects of this Court's October 6, 2014 order remain in effect.