IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01515-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MONIL SHAH,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2014.**

    In light of the filing of Defendant's Notice of Non-Opposition to Plaintiff's Motion to Strike Affirmative Defenses [docket #24], and Defendant's First Amended Answer [docket #25], Plaintiff's Motion to Strike Defendant Monil Shah's Affirmative Defenses [filed November 3, 2014; docket #19] is **denied** as **moot**.