IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01515-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MONIL SHAH,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2015.**

    Before the Court is a Notice of Settlement filed by the Defendant on January 5, 2015 [docket #30]. In light of the Notice, the settlement conference currently set for January 9, 2015 is **vacated**. The parties shall file dismissal papers with the Court on or before February 5, 2015.